prove any county levy of taxes under this law (article 612, P. C.).

[10] In stating the case to the jury, the court, in the charge, gave in substance article 611, P. C. This was proper because the payment of the tax and getting a license as a retail liquor dealer expressly included the tax and license as a malt liquor dealer. Besides, in submitting the case for a finding, the court only submitted it under article 612, P. C. Reynolds v. State, 58 Tex. Cr. R. 275, 124 S. W. 931; Matthews v. State, 160 S. W. ——, this day decided, and cases there cited.

There is no reversible error shown, and the case will be affirmed.

## MEMORANDUM DECISIONS

Ex parte GOMEZ. (Court of Criminal Appeals of Texas. Oct. 14, 1913.) Appeal from District Court, Brooks County; W. B. Hopkins, Judge. Federico Gomez was indicted for murder, and brings habeas corpus sur bail. From an order denying the writ, and remanding petitioner to jail, he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. By indictment the appellant was charged with murder, alleged to have been committed in May, 1913. On a habeas corpus hearing before the district judge in June last, the court heard the evidence and denied bail, from which appellant appealed. We have carefully considered all the evidence, and are of the opinion that the district judge was correct in denying bail. The judgment is therefore affirmed.

HALLER v. STATE. (Court of Criminal Appeals of Texas. June 18, 1913. Rehearing Denied Oct. 15, 1913.) Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge. Cora Haller was convicted of an offense, and she appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of keeping a disorderly house; her punishment being assessed at a fine of $200 and 20 days' imprisonment in the county jail. The record is before us without a statement of facts or bills of exception. The indictment seems to be good on its face under the decisions. As the record presents the matter, there being no error, the judgment is affirmed.

YOUNG v. STATE. (Court of Criminal Appeals of Texas. Oct. 15, 1913.) Appeal from District Court, Grayson County; W. J. Mathis, Special Judge. Bud Young was convicted, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted for unlawfully selling intoxicating liquors in Grayson county, where prohibition had been adopted since our felony statute on the subject was enacted, and his punishment fixed at two years' confinement in the penitentiary. There is no statement of facts or bills of exceptions in the record, and no question is raised by the motion for new trial which can be considered in the absence of a statement of facts. The judgment is therefore affirmed.